DANIEL BROWN v. GOFORTH BROTHERS, INC.

September 17, 1985.

Petition for certification denied.

BRUCE C. COVERT v. CHRISTOPHER DIETZ.

September 17, 1985.

Petition for certification denied.

MAYOR AND COUNCIL, ROCKLEIGH v.
ROCKLEIGH COUNTRY CLUB.

September 17, 1985.

Petition for certification denied.

MANUEL SELENGUT v. JEROME FERRARA.

September 17, 1985.

Petition for certification denied.   (See 203 *N.J.Super.* 249)